FILED

12/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0425

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## CASE NO. DA 23-0425

MARCUS COOK,

Petitioner and Appellee,

v.

KIM ELIZABETH BODINE,

Respondent and Appellant.

**On Appeal from the Eighteenth Judicial District of Gallatin County, State of Montana**

**Cause No. DR-23-378D**
**Hon. Andrew Breuner, Presiding**

## GRANT OF SECOND EXTENTION

Upon consideration of Petitioner and Appellee's motion for a 30-day extension of time and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is GRANTED an extension until January 19, 2024 to file his Brief of Appellee.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 14 2023